ACCEPTED
01-15-00442-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/31/2015 4:00:54 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 01-15-00442-CR

JOHN VALENCIA
 [Appellant]

VS.

THE STATE OF TEXAS
 [Appellee]

§

§

§

IN THE COURT OF APPEALS

OF THE FIRST

SUPREME JUDICIAL DISTRICT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/31/2015 4:00:54 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLATE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW JOHN VALENCIA, Appellant, and files this motion for an extension of 60 days in which to file his appellate brief.  In support of this motion, Appellant shows the court the following:

### I

The Appellant was convicted and then sentenced on April 29, 2015  in the 180th Criminal District in Harris County, Texas in Cause No. 1397404 of Capital Murder.  The Appellant was convicted by the jury and sentenced to an automatic life sentence in the Texas Department of Criminal Justice Institutional Division.

A written notice of appeal was filed on the same day.  The clerk's record was filed on June 22, 2015 and the reporter's record was filed on May 31, 2015.  This is Appellant's first  request for an extension of time, the Appellant's brief was due July 22,

2015.

## II

An extension of time is necessary so that counsel can adequately brief the issues presented.

Counsel has received the record and reviewed trial counsel's file. Nevertheless, counsel has not completed reading the record. Counsel has been out of town on two work related matters (July 24 and July 26-28) and has been preparing for a trial that was set on July15, 2015 but then reset to August 12, 2015. Counsel is also working on an appeal which is slightly older than this appeal.

Further, counsel has spent some time with her young children during their summer break from school.

For these personal and professionals reasons, counsel requests an extension until September 30, 2015 to file her brief.

WHEREFORE, Appellant prays the court grant this motion and extend the deadline for filing the appellate brief to September 30, 2015.

RESPECTFULLY SUBMITTED,

 /s/ Deborah Summers
 Deborah Summers
State Bar No. 19505600
11210 Steeplecrest, Suite 120
Houston, Texas 77065
(281) 897-9600
Summerspc@sbcglobal.net

ATTORNEY FOR APPELLANT

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing instrument has been furnished to the District Attorney's Office of Harris County, Texas, by e-service to the District Attorney email, on the 31st day of July 2015.

*/s/ Deborah Summers*
Deborah Summers

**CAUSE NO. 01-15-00442-CR**


JOHN VALENCIA  §  IN THE COURT OF APPEALS
    [Appellant]
                         §

VS.  §  OF THE FIRST

                         §
THE STATE OF TEXAS
    [Appellee]  SUPREME JUDICIAL DISTRICT


## O R D E R


On this the ___ day of _____, 2015 came to be heard Appellant's Motion for Extension of Time to File Appellate Brief, and it appears to the court that this motion should be:


_____
GRANTED


_____
DENIED

IT IS THEREFORE ORDERED that the time for filing the Appellate Brief in the above cause is extended to _____, 2015.


                                  _____
                                  JUDGE PRESIDING

**CAUSE NO. 01-15-00442-CR**

| | | |
|---|---|---|
| JOHN VALENCIA | § | IN THE COURT OF APPEALS |
| [Appellant] | | |
| | § | |
| VS. | | OF THE FIRST |
| | § | |
| THE STATE OF TEXAS | | |
| [Appellee] | | SUPREME JUDICIAL DISTRICT |

## <u>A F F I D A V I T</u>

COMES NOW Deborah Summers, before the undersigned authority, and swears to the following:

My name is Deborah Summers. I am the attorney of record in the above cause. The foregoing Appellant's Motion For Extension of Time to File Appellate Brief was prepared under my direction. Each and every factual allegation contained therein is true and correct.

*/s/ Deborah Summers*
Deborah Summers